FILED
2022 Nov-15  PM 01:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| NATIONAL SMALL BUSINESS UNITED d/b/a/ NATIONAL SMALL BUSINESS ASSOCIATION and<br><br>ISAAC WINKLES,<br><br>                      Plaintiffs,<br><br>v.<br><br>JANET YELLEN, in her official capacity as the Secretary of the United States Department of the Treasury,<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, and<br><br>HIMAMAULI DAS, in his official capacity as Acting Director of the Financial Crimes Enforcement Network,<br><br>                      Defendants. | Civil Action No. _____ |

## PLAINTIFFS' APPLICATION FOR PRO HAC VICE ADMISSION OF TERENCE HEALY

I am a member in good standing of the bar of this Court.  Per LR 83.1(b), I ask the Court to allow Terence Healy to appear pro hac vice as counsel for Plaintiffs.  Mr. Healy is familiar with this case and this Court's rules.  He meets all the requirements of LR 83.1(b), as explained in the attached declaration.

Dated: November 15, 2022	Respectfully submitted,

   */s/ John C. Neiman, Jr.*
John C. Neiman, Jr.
MAYNARD COOPER & GALE P.C.
1901 Sixth Avenue North, Ste. 1700
Birmingham, AL 35203
Telephone: (205) 254-1228
Fax: (205) 254-1999
Email: jneiman@maynardcooper.com

*Attorney for Plaintiffs*