# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| NATIONAL SMALL BUSINESS UNITED d/b/a/ NATIONAL SMALL BUSINESS ASSOCIATION and<br><br>ISAAC WINKLES,<br><br>                              Plaintiffs,<br><br>v.<br><br>JANET YELLEN, in her official capacity as the Secretary of the United States Department of the Treasury,<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, and<br><br>HIMAMAULI DAS, in his official capacity as Acting Director of the Financial Crimes Enforcement Network,<br><br>                              Defendants. | Civil Action No. _____ |

## DECLARATION OF TERENCE HEALY

1.     My name is Terence Healy.  I am a resident of New York.

2.     I am an attorney at Hughes Hubbard & Reed LLP.  My office address is One Battery Park Plaza, New York, NY 10004.  My telephone number is (212)

837-6338, my fax number is (212) 422-4726, and my email address is terence.healy@hugheshubbard.com.

3. I am a member of the Maryland bar (admitted December 16, 1992); the District of Columbia bar (admitted June 3, 1994); the New York bar (admitted June 26, 2019); the U.S. Supreme Court (1998); the U.S. Courts of Appeals for the District of Columbia Circuit (1997) and Second Circuit (2021); and the U.S. District Courts for the District of Columbia (1996), Eastern District of Wisconsin (1998), District of Maryland (2014), and Southern District of New York (2020).

4. I am in good standing and eligible to practice in all of the above-mentioned courts.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on November 11, 2022.

                                         /s/ Terence Healy
                                         Terence Healy
                                         HUGHES HUBBARD & REED LLP
                                         One Battery Park Plaza
                                         New York, NY 10004
                                         Telephone: (212) 837-6338
                                         Fax: (212) 422-4726
                                         Email: terence.healy@hugheshubbard.com