FILED
2022 Nov-28 PM 01:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

---

**Return envelope / USPS mailing label (image shown upside-down on page):**

5:22-CV-01448-HNT

U.S. District Court Clerk
Northern District of Alabama
101 Holmes Avenue, N.E.
Huntsville, AL 35801

U.S. DISTRICT COURT
N.D. OF ALABAMA
NORTHERN DISTRICT OF ALABAMA
2022 NOV 28 AM 11:17
SECURITY

United States Postal Service
Sender: Please print your name, address, and ZIP+4® in this box•

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #
9590 9402 7815 2152 2776 45

---

**PS Form 3811 Domestic Return Receipt (Certified Reg.):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Himamauli Das
   Acting Director, Financial Crimes
   Enforcement Network
   P.O. Box 39
   Vienna, VA 22183

COMPLETE THIS SECTION ON DELIVERY
A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee
B. Received by (Printed Name)      C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
   7020 1810 0000 1898 6552

9590 9402 7815 2152 2776 45

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt