FILED
2022 Nov-30 AM 09:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Merrick Garland
   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530-0001

   9590 9402 7815 2152 2776 38

2. Article Number (Transfer from service label)

   7020 1810 0002 1898 6676

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   NOV 21 2022

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...ail
   ☐ ...ail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Return Receipt Req'd    Domestic Return Receipt

---

USPS TRACKING #

9590 9402 7815 2152 27...

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

U.S. District Court Clerk
Northern District of Alabama
101 Holmes Avenue, N.E.
Huntsville, AL 35801

NOV 30 2022
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

5:22-CV-01448-HNJ