# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **NATIONAL SMALL BUSINESS UNITED,** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| **JANET YELLEN,** *et al.*, | ) ) ) |
| Defendants. | ) |

Case No. 5:22-cv-1448-LCB

## EXPEDITED SCHEDULING ORDER

For good cause shown, the Court **GRANTS** the parties' joint motion for briefing schedule (Doc. 16); **GRANTS** Defendants' unopposed motion for extension of time (Doc. 19); and **ORDERS** as follows:

1. Plaintiffs will file their Motion for Summary Judgment on or before February 15, 2023, and any memorandum or brief in support of that motion may be up to and including 40 pages;

2. Defendants will file a consolidated Opposition to Plaintiffs' Motion for Summary Judgment and Motion to Dismiss or, in the alternative, Cross-Motion for Summary Judgment on or before March 29, 2023, and any memorandum or brief in support of that consolidated opposition and motion may be up to and including 60 pages;

3. Plaintiffs will file a consolidated Reply in Support of their Motion for Summary Judgment and Opposition to Defendants' Motion to Dismiss or, in the alternative, Cross-Motion for Summary Judgment on or before May 2, 2023, and any memorandum or brief in support of that consolidated reply and opposition may be up to and including 40 pages; and

4. Defendants will file a Reply in Support of their Motion to Dismiss or, in the alternative, Cross-Motion for Summary Judgment on or before May 25, 2023, and any memorandum or brief in support of that reply may be up to and including 20 pages.

**DONE** January 25, 2023.

_____
LILES C. BURKE
UNITED STATES DISTRICT JUDGE