# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NATIONAL SMALL BUSINESS UNITED d/b/a/ the NATIONAL SMALL BUSINESS ASSOCIATION, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> JANET YELLEN, *et al.* <br><br> Defendants. | Case No. <u>5:22-cv-01448</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, National Small Business Association and Isaac Winkles, respectfully move under Federal Rule of Civil Procedure 56 for summary judgment against all the Defendants on all the claims asserted in their complaint. Plaintiffs respectfully request a hearing on this motion, and respectfully ask that the Court rule before January 1, 2024, the date the Defendants have announced that they first intend to enforce the requirements the Corporate Transparency Act.

In support of this motion, Plaintiffs rely on the pleadings, as well as the statement of material undisputed facts, arguments, and legal authorities in the attached memorandum of law. For all the reasons set forth therein, there is no genuine dispute as to any material fact, and Plaintiffs are entitled to judgment as a

matter of law. Plaintiffs also have attached to this motion, for the Court's reference, a copy of the Corporate Transparency Act.

Plaintiffs are therefore entitled to all relief requested in their complaint, including:

(a) a declaratory judgment that the Corporate Transparency Act is unconstitutional;

(b) a declaratory judgment that the Corporate Transparency Act violates the due process requirements of the Fifth Amendment;

(c) an injunction prohibiting Defendants and any other agency or employee acting on behalf of the United States from enforcing the Corporate Transparency Act against the Plaintiffs, and requiring them to take such actions as are necessary and proper to remedy their violations deriving from any such actual or attempted enforcement; and

(d) an award of costs and such other relief as the Court may deem just and proper.

WHEREFORE, premises considered, Plaintiffs respectfully ask that this Court grant this motion and enter summary judgment in their favor on all their claims against the Defendants in this matter.

Dated: February 15, 2023

Respectfully submitted,

s/ John C. Neiman, Jr.
_____
John C. Neiman, Jr.
MAYNARD COOPER & GALE
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
jneiman@maynardcooper.com

Kenyen Brown*
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C., 20006-2401
Telephone: (202) 721-4600
Fax: (202) 721-4646
kenyen.brown@hugheshubbard.com

Thomas Lee*
thomas.lee@hugheshubbard.com
Terence Healy*
terence.healy@hugheshubbard.com
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6000
Fax: (212) 422-4726
*admitted pro hac vice

*Attorneys for PLAINTIFFS*