

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| _____ ) | |
| NATIONAL SMALL BUSINESS ) | |
| UNITED d/b/a the NATIONAL SMALL ) | |
| BUSINESS ASSOCIATION, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 5:22-CV-1448-LCB |
| ) | |
| v. ) | |
| ) | |
| JANET YELLEN, in her official ) | |
| capacity as Secretary of the Treasury, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants Janet Yellen, in her official capacity as Secretary of the Treasury,

the U.S. Department of the Treasury, and Himamauli Das, in his official capacity as

Acting Director of the Financial Crimes Enforcement Network, respectfully move

under Rule 12(b)(1), Rule 12(b)(3), and Rule 12(b)(6) of the Federal Rules of Civil

Procedure to dismiss the claims asserted by Plaintiffs National Small Business

United, doing business as the National Small Business Association, and Isaac

Winkles.  In the alternative, Defendants cross-move for the entry of summary

judgment under Rule 56.  A brief in support of Defendants' motion and in opposition

to Plaintiffs' motion for summary judgment, ECF No. 23, is attached hereto.

DATED: March 29, 2023            Respectfully submitted,

                                 BRIAN M. BOYNTON
                                 Principal Deputy Assistant Attorney General

                                 DIANE KELLEHER
                                 Assistant Branch Director

                                  */s/ Stuart J. Robinson*
                                 STUART J. ROBINSON
                                 Senior Counsel
                                 TAYLOR N. PITZ
                                 Trial Attorney
                                 United States Department of Justice
                                 Civil Division, Federal Programs Branch
                                 450 Golden Gate Ave., Suite 7-5395
                                 San Francisco, CA 94102
                                 Tel: (415) 436-6635
                                 Fax: (415) 436-6632
                                 Email: stuart.j.robinson@usdoj.gov

                                 *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, I served the foregoing motion on all counsel of record by filing it with the Court by means of its ECF system.

*/s/Stuart J. Robinson*
Stuart J. Robinson