IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| NATIONAL SMALL BUSINESS UNITED, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> JANET YELLEN, in her official capacity as Secretary of the United States Department of Treasury, et al., <br><br> *Defendants.* | Case No. 5:22-cv-01448-LCB |

**MOTION OF TRANSPARENCY ORGANIZATIONS
AND SMALL BUSINESS ASSOCIATION
FOR LEAVE TO FILE AS AMICI CURIAE
IN SUPPORT OF DEFENDANTS**

The Financial Accountability & Corporate Transparency ("FACT") Coalition, Transparency International U.S., and Main Street Alliance (collectively "proposed amici") respectfully ask that this Court grant leave to file the attached amici curiae brief in support of Defendants. The proposed brief is attached as Exhibit A. Defendants have consented to the motion, while Plaintiffs have indicated that they will oppose it.

Proposed amici are two transparency organizations that worked to enact the Corporate Transparency Act ("CTA") and that advocate for increased transparency in the global financial system, as well as a small business association that supported the Act and advocates for policies that benefit small businesses. Proposed amici seek to file this brief to provide information regarding the importance of the CTA in combatting money laundering, the *de minimis* nature of the burden the CTA will impose on small businesses, and the benefits of the Act for small business owners that wish to compete in a fair marketplace.

"Although there is no formal rule governing the filing of amicus curiae briefs, district courts possess the inherent authority to grant or refuse leave to amicus parties." *Ga. Aquarium, Inc v. Pritzker*, 135 F. Supp. 3d 1280, 1288 (N.D. Ga. 2015). "Courts typically grant amicus status where the parties contribute to the court's understanding of the matter in question by proffering timely and useful information." *Id.* at 1288-89 (citing *Harris v. Pernsley*, 820 F.2d 592, 603 (3d Cir. 1987)). The proposed brief satisfies this standard.

First, the proposed brief provides useful information. As organizations that worked to help enact the CTA, proposed amici have expertise on the issues before the Court. FACT Coalition, for example, is a non-partisan alliance of more than 100 state, national, and international organizations that promote policies that curb the harmful impacts of corrupt financial practices, including the use of anonymous companies to launder money and commit

other financial crimes.  Likewise, Transparency International U.S. is part of the largest global coalition dedicated to fighting corruption, which is frequently facilitated by the abuse of anonymous companies.  Finally, Main Street Alliance is a small business membership organization that advocates for policies that benefit small businesses, such as the CTA.

  Reflecting proposed amici's combined expertise, the attached brief draws on years of research from United States agencies, intergovernmental bodies, and anti-money laundering think tanks to clarify arguments made by Plaintiffs.  Among other arguments, Plaintiffs suggest that the CTA cannot survive rational basis review of various constitutional claims because the Act is "not a rational means to achieve its stated goals."  Pls.' Mem. Law Supp. Mot. Summ. J. ("Pls.' MSJ") at 2, 33.  Specifically, Plaintiffs argue that the CTA weakens the preexisting legal framework for collecting beneficial ownership information, represents an unprecedented intrusion into privacy rights, and will impose thousands of dollars of unwarranted costs on small businesses.  The brief proposed by Amici addresses each of these arguments .

  Second, the brief is timely and will not delay consideration of Plaintiffs' motion.  While neither the Federal Rules of Civil Procedure, nor the local rules of this Court address the timing of amicus briefs, the Federal Rules of Appellate Procedure allow amicus briefs to filed within "7 days after the principal brief of the party being supported is filed."  Fed. R. App. P. 29(a)(6).  Here, Proposed amici have met the analogous deadline, providing Plaintiffs with time to address proposed amici's arguments in their reply.

  Accordingly, proposed amici respectfully request that the Court grant their application for permission to file the attached brief.

Dated: April 5, 2023

*/s/ J. Elliott Walthall*
JAMES F. BARGER JR.
(ASB-2336-M76B)
J. ELLIOTT WALTHALL
(ASB-0967-E58W)
FROHSIN BARGER &amp; WALTHALL
100 Main Street
Saint Simons Island, Georgia 31522
Tel: 205.933.4006
Fax: 205.933.4008

*Counsel for Amici Curiae*

Respectfully submitted,

*/s/ Kristen P. Miller*
Kristen Miller (D.C. Bar No. 229627)*
Will Bardwell (D.C. Bar No. 90006120)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
wbardwell@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org

*Counsel for Amici Curiae*

\* *pro hac vice* application pending

3