## John Neiman

| | |
|---|---|
| **From:** | Will Bardwell <wbardwell@democracyforward.org> |
| **Sent:** | Monday, March 27, 2023 2:40 PM |
| **To:** | John Neiman |
| **Subject:** | Re: Amicus brief in Nat'l Small Business United v. Yellen |

That's how I'll represent it, then. Thanks for letting me know.

On Mon, Mar 27, 2023 at 1:26 PM John Neiman <JNeiman@maynardcooper.com> wrote:

> OK. I think that even if we end up agreeing with you that the content of your brief is fair game for an amicus in this case, we are still going to have issues about timing and the draw on our page limits, if you aren't able to work with us on those two points. So I think that you should go ahead and convey to the Court that Plaintiffs will oppose your request and intend to file an opposition to your motion for leave.
>
> **John Neiman**
> Shareholder | Litigation - Appellate
> P: 205.254.1228 | C: 205.907.9105 | F: 205.254.1999
> jneiman@maynardcooper.com | V-card
>
> 1901 Sixth Ave N, Suite 1700
> Birmingham, AL 35203
>
> 
>
> **Maynard Cooper & Gale and Nexsen Pruet have agreed to merge on April 1, 2023.**
>
> 
>
> **From:** Will Bardwell <wbardwell@democracyforward.org>
> **Sent:** Monday, March 27, 2023 12:33 PM
> **To:** John Neiman <JNeiman@maynardcooper.com>
> **Subject:** Re: Amicus brief in Nat'l Small Business United v. Yellen
>
> Oh OK, thanks for clarifying. Now I understand what you're asking.
>
> Unfortunately, no, I cannot do either of those things. I hope you'll understand.

On Mon, Mar 27, 2023 at 10:16 AM John Neiman <JNeiman@maynardcooper.com> wrote:

No, I meant — what is your position on the two asks I had made those issues in the later email: (1) can your client agree that it would file its brief on the Government's MSJ due date instead of 7 days after; (2) can your client try to secure the Government's consent to an extension of the page limits that is commensurate with the number of pages in your client's proposed amicus brief (e.g., if your client proposes to file a 10-page brief, Plaintiffs will get 10 more pages for their second-round brief, which would respond both to the government's MSJ and your brief)?

Sent from my iPhone

**John Neiman**
Shareholder | Litigation - Appellate
P: 205.254.1228 | C: 205.907.9105 | F: 205.254.1999
jneiman@maynardcooper.com | V-card

1901 Sixth Ave N, Suite 1700
Birmingham, AL 35203



**Maynard Cooper & Gale and Nexsen Pruet have agreed to merge on April 1, 2023.**

LexMundi Member

On Mar 27, 2023, at 10:04 AM, Will Bardwell <wbardwell@democracyforward.org> wrote:

Good morning John,

On timing: we will be filing no more than seven days after the Government's filing.

On length: I expect that the intro and argument will total about 10 pages.

Please let me know if I can answer any other questions -- and, if you're not able to consent right now, how I should represent your view on our motion to leave. Thanks very much. I really appreciate you.

On Mon, Mar 27, 2023 at 9:26 AM John Neiman <JNeiman@maynardcooper.com> wrote:

> Not sure it would — it will also depend on the timing and word-count issue. What is your take on those points?
>
> Sent from my iPhone
>
> **John Neiman**
> Shareholder | Litigation - Appellate
> P: 205.254.1228 | C: 205.907.9105 | F: 205.254.1999
> jneiman@maynardcooper.com | V-card
>
> 1901 Sixth Ave N, Suite 1700
> Birmingham, AL 35203
>
> <image73b8e4.PNG>
>
> **Maynard Cooper & Gale and Nexsen Pruet have agreed to merge on April 1, 2023.**
> <image160760.PNG>
>
>> On Mar 24, 2023, at 4:18 PM, Will Bardwell <wbardwell@democracyforward.org> wrote:

3

Thanks again for getting back to me, John. Perhaps the plan that makes the most sense is for our motion for leave to indicate that the Plaintiffs plan to review the proposed amicus brief before deciding whether to consent. Would that fairly represent your position?

On Fri, Mar 24, 2023 at 3:47 PM John Neiman <JNeiman@maynardcooper.com> wrote:

Will, thanks for the projection on the length of your planned brief. Because we are working with page limits and deadlines that are already established by court order, my clients will be more likely not to oppose your client's motion for leave if (1) your client can agree that it would file its brief on the Government's MSJ due date; (2) your client can secure the Government's consent to an extension of the page limits that is commensurate with the number of pages in your client's proposed amicus brief (e.g., if your client proposes to file a 10-page brief, Plaintiffs will get 10 more pages for their second-round brief, which would respond both to the government's MSJ and your brief); and (3) if you can't share the proposed brief prior to its filing, you can at least share what topics you intend to cover, with sufficient specificity so that we can assess whether they are fair game for an amicus filing. If you can't work with us on those issues, my clients will need to reserve judgment on their position on your motion for leave until after we have had an opportunity to review your client's motion and proposed brief.

**John Neiman**
Shareholder | Litigation - Appellate
P: 205.254.1228 | C: 205.907.9105 | F: 205.254.1999
jneiman@maynardcooper.com | V-card

1901 Sixth Ave N, Suite 1700
Birmingham, AL 35203

<image001.png>

**Maynard Cooper & Gale and Nexsen Pruet have agreed to merge on April 1, 2023.**

<image002.png>

<image003.png>

4

**From:** Will Bardwell <wbardwell@democracyforward.org>
**Sent:** Friday, March 24, 2023 2:59 PM
**To:** John Neiman <JNeiman@maynardcooper.com>
**Subject:** Re: Amicus brief in Nat'l Small Business United v. Yellen

Hi John,

Thanks for getting back to me. In response to your questions:

1. We will not be filing on the day the Government files its brief. In accordance with the Eleventh Circuit's rules, we will file within seven days of the Government's filing (unless the district court orders otherwise, of course).

2. Our brief will be in the neighborhood of 10 pages.

3. We won't be able to share our brief prior to filing.

Thanks for your consideration.

On Thu, Mar 23, 2023 at 2:41 PM John Neiman <JNeiman@maynardcooper.com> wrote:

> Will, I will consult with my clients and colleagues and get back to you. To facilitate that discussion, can you let me know (1) if you're on filing on the same day as the Government, (2) about how long your brief likely will be, and (3) if you can share the proposed brief with me before you file, so we can assess whether it addresses matters appropriate for an amicus?
>
> **John Neiman**
> Shareholder | Litigation - Appellate
> P: 205.254.1228 | C: 205.907.9105 | F: 205.254.1999
> jneiman@maynardcooper.com | V-card

5

1901 Sixth Ave N, Suite 1700
Birmingham, AL 35203

<image001.png>

**Maynard Cooper & Gale and Nexsen Pruet have agreed to merge on April 1, 2023.**

<image002.png>

<image003.png>

**From:** Will Bardwell <wbardwell@democracyforward.org>
**Sent:** Thursday, March 23, 2023 10:03 AM
**To:** John Neiman <JNeiman@maynardcooper.com>
**Subject:** Amicus brief in Nat'l Small Business United v. Yellen

Mr. Nieman,

I represent organizations planning to file an *amicus* brief in support of the Defendants in *National Small Business United v. Yellen*, No. 5:22-cv-1488 in the Northern District of Alabama. Will the Plaintiffs consent to our motion for leave?

Thank you.

--



**Will Bardwell**

Senior Counsel
Democracy Forward

he/him

(202) 773-0490

wbardwell@democracyforward.org

democracyforward.org

\* Admitted to practice in Mississippi and the District of Columbia.

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above.  If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.

--



**Will Bardwell**

Senior Counsel
Democracy Forward

he/him

(202) 773-0490

wbardwell@democracyforward.org

democracyforward.org

\* Admitted to practice in Mississippi and the District of Columbia.

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above.  If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.

--



**Will Bardwell**

Senior Counsel
Democracy Forward

he/him

(202) 773-0490

wbardwell@democracyforward.org

democracyforward.org

\* Admitted to practice in Mississippi and the District of Columbia.

**NOTICE:** This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above.  If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.

--

**Will Bardwell**

Senior Counsel
Democracy Forward

he/him

(202) 773-0490

wbardwell@democracyforward.org

democracyforward.org