FILED

2023 May-02  PM 04:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

NATIONAL SMALL BUSINESS )
UNITED d/b/a/ the NATIONAL SMALL )
BUSINESS ASSOCIATION, *et al.* )
)
               Plaintiffs, )    Case No. <u>5:22-cv-01448</u>
)
    v. )
)
JANET YELLEN, *et al.* )
)
            Defendants. )

## <u>DECLARATION OF ISAAC WINKLES</u>

I, Isaac Winkles, declare:

1.    I am a resident of Huntsville, Alabama over the age of 18, and a citizen of the United States. I have personal knowledge of the facts stated in this declaration.

2.    I have lived in Huntsville for 58 years. I live with my wife, Patricia Winkles, who is also a citizen of the United States and has been a Huntsville resident for 58 years.

3.    Together, my wife and I created Alabama Property Management, Inc. ("APM"), and Isaac Winkles, Inc. Both are Alabama corporations that advocate for sellers and purchasers and manage and lease real property in Northern Alabama. I own 50% percent of shares of APM and my wife owns 50% percent of

its shares.  APM is a small, family business with 3 full-time employees and annual turnover of under $20 million.

4.      I hold an unexpired U.S. passport with my legal name and date and place of birth indicated on the passport.

5.      APM has been a dues-paying member of the National Small Business Association ("NSBA") since 2021.

6.      When I formed Isaac Winkles Inc. in 2009 and APM in 2019 as an Alabama Corporation, we followed Alabama's requirements to charter S-corporations which included reporting my name and address to the Secretary of State.  This was not the first time I have formed an entity in Alabama: I have formed others in the past for business needs, and I anticipate forming other Alabama entities over the next few years.   In forming these companies, I have never had to provide personal information beyond my name and address.

7.      Because Isaac Winkles Inc. and APM has fewer than 20 full-time employees and less than $8 million and $5 million, respectively, in annual gross receipts or sales in 2022, and because this will most likely be the case in 2023, I understand the Corporate Transparency Act ("CTA") will force me and my wife to report our names, addresses, birthdates, and active identification document numbers (with images) to the Financial Crimes Enforcement Network ("FinCEN")

for storage in its database. If I do not comply with these rules, I understand that I may face fines and even imprisonment.

8.    I strongly object to supplying my personal information to FinCEN for inclusion in its law enforcement database just because I am a small business owner. I understand that state, federal, and foreign law enforcement and intelligence agencies who have no reason to suspect me or APM of any crime may access to FinCEN's beneficial-owner database for law enforcement purposes. I do not want FinCEN employees to have access to my birthdate, address, or personal identification numbers, and I do not want this information to be shared with other governments, including other state governments, federal agencies, and foreign governments.

9.    I rely on the idea that when I form an entity under Alabama law, that my information will remain as private as Alabama law allows, and that I will not have to provide additional private information to an entity (the U.S. Treasury) of a separate government (the federal government) that has nothing to do with forming that entity in the first place, unless and until the federal government has a valid reason for asking for the information such as the Treasury would for taxing income that an entity I formed might make.

10.    If the CTA does go into effect, I will need to pay an attorney, advisor, or employee to help me comply with the law's requirements. I do not wish to spend

my limited resources on this type of advice but, as I understand, the CTA authorizes the federal Government to prosecute me, and I could face up to $10,000 in fines and two years in jail if I—or my wife—do not surrender our personal information to a FinCEN.  In order to avoid the risk of these penalties, I will have to hire additional help.

11.    I have brought this lawsuit because I do not believe the federal government has the right to treat me as a potential criminal suspect just because I have set up a lawful corporate entity in Alabama.  However, if the CTA goes into effect, I will feel compelled to turn over the required information because I do not want to go to jail or pay fines of thousands of dollars.

I declare under penalty of perjury under the laws of the United States and the State of Alabama that the foregoing is true and correct.

4

Executed at Huntsville, AL on:   Respectfully submitted,
May 1, 2023

_____
Isaac Winkles
President
Isaac Winkles Incorporated
Alabama Property Management Incorporated