# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NATIONAL SMALL BUSINESS UNITED D/B/A/ THE NATIONAL SMALL BUSINESS ASSOCIATION, *et al.* <br><br> Plaintiffs. <br><br> JANET YELLEN, *et al.* <br><br> Defendants. | Case No.  5:22-cv-01448 |

## REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs National Small Business United, doing business as the National Small Business Association, and Isaac Winkles respectfully move for entry of summary judgment under Rule 56 against Defendants Janet Yellen, in her official capacity as Secretary of the Treasury, the U.S. Department of the Treasury, and Himamauli Das, in his official capacity as Acting Director of the Financial Crimes Enforcement Network.

A brief in further support of Plaintiff's Motion for Summary Judgment (ECF 23) and in Reply to Defendants' Motion to Dismiss, or, in the alternative, Cross-Motion for Summary Judgment (ECF 24) is attached.

Dated: May 2, 2023

 Respectfully submitted,

 s/ Thomas Lee

 _____

 Thomas Lee*
 Terence Healy*
 HUGHES HUBBARD & REED LLP
 One Battery Park Plaza
 New York, NY 10004
 Telephone: (212) 837-6000
 thomas.lee@hugheshubbard.com
 terence.healy@hugheshubbard.com

 Kenyen Brown*
 HUGHES HUBBARD & REED LLP
 1775 I Street, N.W.
 Washington, D.C., 20006-2401
 Telephone: (202) 721-4600
 kenyen.brown@hugheshubbard.com
 *admitted pro hac vice

 John C. Neiman, Jr.
 MAYNARD NEXSEN
 1901 Sixth Avenue North
 Suite 1700
 Birmingham, AL 35203
 Telephone: (205) 254-1000
 jneiman@maynardNexsen.com

 *Attorneys for Plaintiffs*