IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| NATIONAL SMALL BUSINESS UNITED d/b/a/ the NATIONAL SMALL BUSINESS ASSOCIATION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> JANET YELLEN, *et al.* <br><br> Defendants. | Case No. 5:22-cv-01448 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A CORRECTED REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, CROSS-MOTION FOR SUMMARY JUDGMENT**

On May 2, 2023, Plaintiffs filed their Reply in Support of Plaintiffs' Motion for Summary Judgement and Opposition to Defendants' Motion to Dismiss, or, in the Alternative, Cross-Motion for Summary Judgment (ECF 35), pursuant to this Court's January 26, 2023 scheduling order (ECF 20). In support of that Motion, Plaintiffs filed three exhibits. The undersigned inadvertently filed a motion cover as a third exhibit (ECF 35-3) and omitted the required table of contents for Plaintiffs' exhibits in support of that motion. We respectfully request leave to file a Corrected Reply that withdraws that exhibit (ECF 35-3) and adds a table of contents for the corrected set of exhibits.

Dated: May 8, 2023

Respectfully submitted,

s/ Thomas Lee

_____

Thomas Lee*
Terence Healy*
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6000
thomas.lee@hugheshubbard.com
terence.healy@hugheshubbard.com

Kenyen Brown*
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C., 20006-2401
Telephone: (202) 721-4600
kenyen.brown@hugheshubbard.com
*admitted pro hac vice

John C. Neiman, Jr.
MAYNARD NEXSEN
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
jneiman@maynardnexsen.com

*Attorneys for Plaintiffs*