# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NATIONAL SMALL BUSINESS UNITED d/b/a/ the NATIONAL SMALL BUSINESS ASSOCIATION, *et al.* | )<br>)<br>)<br>) |
| Plaintiffs, | )  Case No.  <u>5:22-cv-01448</u> |
| v. | ) |
| JANET YELLEN, *et al.* | ) |
| Defendants. | ) |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

In anticipation of the October 30 hearing on the parties' cross-motions for summary judgment, Plaintiffs submit the attached document of which they have only recently become aware, which was issued by the Financial Crimes Enforcement Network of the U.S. Department of the Treasury in September 2023, several months after the parties' filing of their pending motions and briefs. This document, *Small Entity Compliance Guide, Beneficial Ownership Information Reporting Requirements*, is pertinent to the issues in the case, and Plaintiffs intend to cite it at the October 30 hearing. The document's discussion of "What happens if my company does not report BOI in the required timeframe?" (Doc. 42-1 at p. 21) is pertinent to Plaintiffs' Fourth and Fifth Amendment claims (addressed at Doc. 23-1 at pp. 33-

41), and its discussion of "What is substantial control?" (Doc. 42-1 at p. 23) is pertinent to Plaintiffs' vagueness claims (addressed at Doc. 23-1 at pp. 45-47).

          Respectfully submitted,

          s/ John C. Neiman, Jr.
          John C. Neiman, Jr.
          MAYNARD NEXSEN, PC
          1901 Sixth Avenue North
          Suite 1700
          Birmingham, AL 35203
          Telephone: (205) 254-1000
          jneiman@maynardnexsen.com

          Kenyen Brown*
          HUGHES HUBBARD & REED LLP
          1775 I Street, N.W.
          Washington, D.C., 20006-2401
          Telephone: (202) 721-4600
          kenyen.brown@hugheshubbard.com

          Thomas Lee*
          thomas.lee@hugheshubbard.com
          Terence Healy*
          terence.healy@hugheshubbard.com
          HUGHES HUBBARD & REED LLP
          One Battery Park Plaza
          New York, NY 10004
          Telephone: (212) 837-6000
          **admitted pro hac vice*

          *Attorneys for PLAINTIFFS*