IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

_____
)
NATIONAL SMALL BUSINESS )
UNITED d/b/a the NATIONAL SMALL )
BUSINESS ASSOCIATION, *et al.*, )
)
         Plaintiffs, )  Civil Action No. 5:22-cv-01448-LCB
)
         v. )
)
JANET YELLEN, in her official )
capacity as Secretary of the Treasury, )
*et al.*, )
)
         Defendants. )
_____)

## **DEFENDANTS' UNOPPOSED MOTION TO CONTINUE HEARING**

Defendants hereby move for a short continuance of the hearing on the parties' dispositive motions from November 6, 2023 to November 20, 2023. Defendants have conferred with Plaintiffs, and Plaintiffs do not oppose this motion so long as it does not prejudice the Court's ability to rule on the pending motions before the Corporate Transparency Act's January 1, 2024 effective date.

Originally, the Court scheduled the hearing for Monday, October 30, 2023 at 10:00 am, and on October 24, the hearing was reset for Monday, November 6, 2023 at 1:30 pm. ECF Nos. 41, 43. Counsel for Defendants has pre-planned leave and travel scheduled for November 6, and respectfully requests that the Court

continue the hearing to another available date.  Defendants conferred with Plaintiffs and proposed other potential dates later in the week of November 6 and the week of November 13, but November 20 was the earliest potential date that worked for both parties.  Defendants greatly appreciate the Court's consideration.

DATED: October 27, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

STUART J. ROBINSON
Senior Counsel

  /s/ Taylor N. Pitz
TAYLOR N. PITZ
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-5200
Fax: (202) 514-8640
Email: taylor.n.pitz@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, I served the foregoing motion on all counsel of record by filing it with the Court by means of its ECF system.

*/s/ Taylor N. Pitz*
Taylor N. Pitz
