UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **NATIONAL SMALL BUSINESS UNITED, et al.** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 5:22-cv-1448-LCB |
| **YELLEN, et al.** | ) ) | |
| Defendants. | ) | |

## ORDER

The Court SETS a telephone conference for 2:00 p.m. on Friday, February 2, 2024. The court will provide the call-in information to the parties by email.

The parties should be prepared to discuss, in detail, their arguments concerning the application of "substantial effects" Commerce Clause doctrine to the Corporate Transparency Act.

**DONE** and **ORDERED** February 1, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE