FILED
2024 Mar-01 PM 04:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **NATIONAL SMALL BUSINESS UNITED, d/b/a the NATIONAL SMALL BUSINESS ASSOCIATION,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **JANET YELLEN, in her official capacity as Secretary of the Treasury,** *et al.*, <br><br> Defendants. | Case No. 5:22-cv-1448-LCB |

## **FINAL JUDGMENT**

For the reasons articulated in its March 1, 2024, opinion on the parties' cross-motions for summary judgment, (Doc. 51), the Court **FINDS** that the Plaintiffs are entitled to summary judgment as a matter of law, and **GRANTS** the Plaintiffs' request for relief as follows:

(1) The Court **ENTERS** this final declaratory judgment: as discussed in the Court's opinion, the Corporate Transparency Act is unconstitutional because it exceeds the Constitution's limits on Congress' power. The

Court makes no ruling as to the constitutionality of the Act on any other grounds.

(2)  The Defendants, along with any other agency or employee acting on behalf of the United States, are **PERMANENTLY ENJOINED** from enforcing the Corporate Transparency Act against the Plaintiffs.

(3)  The Court will hear the parties' arguments concerning the allocation and amount of costs on a date to be determined.

**DONE** and **ORDERED** March 1, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE