FILED
2024 Mar-11  PM 12:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

|  |  |  |
|---|---|---|
| NATIONAL SMALL BUSINESS UNITED d/b/a the NATIONAL SMALL BUSINESS ASSOCIATION, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 5:22-CV-1448-LCB |
| v. | ) ) | |
| JANET YELLEN, in her official capacity as Secretary of the Treasury, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

On March 1, 2024, the Court found that Plaintiffs are entitled to summary judgment as a matter of law. *See* ECF No. 51 (Memorandum Opinion); ECF No. 52 (Final Judgment). Defendants hereby appeal the Court's Final Judgment to the United States Court of Appeals for the Eleventh Circuit.

DATED: March 11, 2024          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

  /s/ Stuart J. Robinson
STUART J. ROBINSON
Senior Counsel
TAYLOR N. PITZ
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Suite 7-5395
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, I served the foregoing notice on all counsel of record by filing it with the Court by means of its ECF system.

*/s/Stuart J. Robinson*
Stuart J. Robinson