UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

March 11, 2024
David J. Smith
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No. 5:22-cv-1448-LCB
U.S.C.A. No. NEW CASE

IN RE: National Small Business, et al. v. Janet Yellen, et al.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this transmittal.

X   **Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed available electronically.**

Certified record  supplemental record on appeal consisting of:  volume(s) of pleadings, etc.;  volume(s) of transcripts;

X   **First Notice of Appeal?  YES   Dates of other Notices:**

The following materials SEALED in this court (order enclosed) consisting of:

Original papers (court file) and certified copy of docket entries per USCA request.

There was no hearing from which a transcript could be made**.**

Copy of CJA Form 20 or District Court order appointing counsel

X   **The appellant docket fee has been paid. NO  Date Paid:**

The appellant has been  leave to appeal in forma pauperis

They appellant has been a request for certificate of appealability

X   **The Judge/Magistrate Judge appealed from is: Liles C. Burke**

The Court Reporter is:

This is a **BANKRUPTCY APPEAL**.  Please send notice of final order and/or opinion to: Scott W. Ford, Acting  Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

This is a DEATH PENALTY appeal.

Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

Other:

xc: Counsel                              Greer M. Lynch, Clerk

By:    /s/ Angela Ingleright
       Deputy Clerk